UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTER DIVISION
Case No.: 4:17-CR-37D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | **ORDER** |
| ) | |
| DAVID MICHAEL CHAMBERS ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's motion to seal. For good cause shown and in compliance with Local Criminal Rule 32.2(j), the Defendant's motion is GRANTED.

It is hereby ORDERED that the attached motion, order, sentencing memorandum and exhibits thereto shall be filed under seal.

This the __19__ day of January, 2018.

_____
HONORABLE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT COURT JUDGE